Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>O P & SONS CONSTRUCTION, a California partnership; VERNON KEITH DAMMARELL, qualifying partner; and MYRNA RAE DAMMARELL, general partner,<br><br>Defendants. | Case No.: C11-2060 JSW<br>AMENDED ORDER GRANTING<br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:       August 12, 2011<br>Time:       1:30 p.m.<br>Ctrm:       11, 19th Floor<br>                450 Golden Gate Avenue<br>                San Francisco, CA 94102<br><br>Judge:  The Honorable Jeffrey S. White |

Plaintiffs herein respectfully request a Continuance of the Case Management Conference currently on calendar for August 12, 2011 at 1:30 p.m.

1.   As the Court is aware, on July 11, 2011, default was entered against Defendants in this matter.

2.   Plaintiffs are in the process of preparing a Motion for Default Judgment, which Plaintiffs anticipate filing with the Court within the next three to four weeks. Plaintiffs are obtaining further documents from the fund administrator to confirm all amounts due by Defendants.

3.   There are no issues that need to be addressed at the currently scheduled conference.

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C11-2060 JSW

P:\CLIENTS\PATCL\O.P. & Sons -Oris Pacheco & Sons\Pleadings 2\C11-2060 JSW - Request to Continue CMC 080411.doc

4. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for August 12, 2011, be continued for ninety (90) days to allow disposition of the Motion.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 4th day of August, 2011, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

The Case Management Conference in this matter shall be continued to __December 2_____ 2011 at 1:30 p.m., and all other previously set dates shall be vacated, and reset at that time as necessary.

Dated: __August 8, 2011_____.    _____
UNITED STATES DISTRICT COURT JUDGE