**United States District Court**
For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  BAY AREA PAINTERS AND TAPERS
   PENSION TRUST FUND, et al.,

10                                                        No. C 11-02060 JSW

            Plaintiffs,

11

    v.

12                                                        **ORDER ADOPTING REPORT**
                                                          **AND RECOMMENDATION ON**
   O P & SONS CONSTRUCTION, et al.,                       **PLAINTIFFS' MOTION FOR**
                                                          **DEFAULT JUDGMENT**
13

            Defendants.

14  _____/

15

16          This matter comes before the Court upon consideration of the Report and

17  Recommendation ("Report") prepared by Magistrate Judge Spero, in which he recommends that

18  the Court grant in part and deny in part Plaintiffs' motion for default judgment.  The deadline

19  for filing objections to the Report has passed, and neither party has filed objections.

20          The Court has considered the Report, relevant legal authority, and the record in this

21  case.  The Court finds the Report thorough and well reasoned and adopts it in every respect.

22  Accordingly, the Court grants in part and denies in part Plaintiffs' motion for default judgment,

23  and Plaintiffs are hereby awarded: (1) $49,249.95 in unpaid contributions, (2) $11,496.98 in

24  liquidated damages, (3) $6,196.77 in interest, (4) $1,925 in auditing fees, (5) $7,167.00 in

25  attorneys' fees, and (6) $1,238.75 in costs.  The Court further adopts the Report's

26  recommendation that Plaintiffs' request that the Court retain jurisdiction be denied.

27  ///

28  ///

The Court shall issue a separate judgment, and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 13, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California